UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

FREDERICK DONOVAN and JOHNNY BANKS,

                            Plaintiffs,

-against-

NEW YORK CITY, DETECTIVE BOKINA,
DETECTIVE AUTERA and UNIDENTIFIED POLICE
OFFICERS,

                            Defendants.

------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

08 CV 5664 (AKH)

(filed by ECF)

      **PLEASE TAKE NOTICE** that Susan P. Scharfstein hereby enters an appearance for defendant City of New York, on behalf of the Corporation Counsel of the City of New York, Michael A. Cardozo. Please forward any notices concerning this case to the undersigned.

      I certify that I am admitted to practice before this Court.

Dated:     New York, New York
              July 7, 2008

                              MICHAEL A. CARDOZO
                              Corporation Counsel of the
                                City of New York
                              Attorney for Defendant City of New York
                              100 Church Street
                              New York, New York 10007
                              (212) 227-4071
                              sscharfs@law.nyc.gov

                    By:        /S/
                              SUSAN P. SCHARFSTEIN (SS 2476)