UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
FREDERICK DONOVAN and JOHNNY BANKS,            Index No. 08 CIV 5664
       -vs-                                    (J. Hellerstein)

NEW YORK CITY, DETECTIVE BOKINA, ET. AL.,
---------------------------------------------------------------x

STATE OF     NEW YORK      )
COUNTY OF    NEW YORK      )    ss.

Undersigned deponent, being duly sworn deposes and says that said deponent is not a party to this action, is over the age of eighteen years and resides in the State of New York. Deponent served the within process as follows:

**PROCESS SERVED:** SUMMONS, JURY TRIAL DEMAND and COMPLAINT

**PARTY SERVED:** NEW YORK CITY c/o CORPORATION COUNSEL

**LOCATION OF SERVICE:** 100 Church Street, 4th Floor
New York, NY 10007

**PARTY ACCEPTING SERVICE:** Amanda Gonzalez, docketing clerk
**DATE OF SERVICE:** 6/24/08    **TIME OF SERVICE:** 4:22 p.m.

An approximate description of the person served with process listed herein:

**SEX:** F   **SKIN COLOR:** Brown    **HAIR:** Black   **AGE:** 27   **HEIGHT:** 5'6"
**WEIGHT:** 136        **OTHER FEATURES:** Glasses.

Deponent further states that the within process was served in the following manner:

By delivering to and leaving with the above named person who is the authorized agent of said Government Agency.

_____
ERIC AVERBACH
NYC Lic. #918927

SWORN TO BEFORE ME ON  6/26/08

